THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : 3:15-CR-216 |
| v. | : (JUDGE MARIANI) |
| | : |
| MICHELLE BEAGLE, | : |
| | : |
| Defendant. | : |

**ORDER**

**AND NOW, THIS 7th DAY OF JULY 2022,** for the reasons set forth in this Court's accompanying Memorandum Opinion, upon review Michelle Beagle's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 174) and all other relevant documents, **IT IS HEREBY ORDERED THAT:**

1. Beagle's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 174) is **DENIED.**

2. Beagle's petition for an evidentiary hearing is **DENIED.**

3. A certificate of appealability **SHALL NOT ISSUE.**

4. The Clerk of Court is directed to **CLOSE** Civil Action No. 3:19-cv-1984.

Robert D. Mariani
United States District Judge